Eugene J. Egan (State Bar No. 130108)
 *eje@manningllp.com*
Joshua Babataher (State Bar No. 311367)
 *jkb@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LETICIA HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. CV 19-1416-GW-AFMx<br><br>[State Case No. BC713459]<br><br>Judge: George H. Wu<br><br>**ORDER RE STIPULATION FOR DISMISSAL** |

IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED: March 3, 2020      _____

                          HON. GEORGE H. WU, U.S. District Judge